UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DANIEL SWEENEY,**

     **Plaintiff,**

    **v.**                                  **Case No. 6:25-cv-1833-CEM-LHP**

**COMMISSIONER OF SOCIAL
SECURITY,**

     **Defendant.**

                                      /

## ORDER

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1), seeking judicial review of a final decision of the Commissioner of the Social Security Administration denying his application for disability insurance benefits. The United States Magistrate Judge issued a Report and Recommendation (Doc. 21), recommending that the decision be affirmed.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1.  The Report and Recommendation (Doc. 21) is **ADOPTED** and made a part of this Order.

2. The Commissioner's decision is **AFFIRMED**.

3. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 9, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record